Judgment in a Civil Case

## United States District Court
### WESTERN DISTRICT OF NEW YORK

TIRZAH J. HALL

v.

NANCY A. BERRYHILL

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 15-CV-619 F

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's Motion for Judgment on the Pleadings is denied and that Defendant's Motion for Judgment on the Pleadings is granted.

Date: March 1, 2018                     MARY C. LOEWENGUTH
                                        CLERK OF COURT

                                        By: s/Kirstie L. Henry
                                            Deputy Clerk